UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                       Case No. 04-C-0091

MICHAEL RAUTH,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Michael Rauth shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED:     February 10, 2006.

                                            BY THE COURT:

                                            s/ Rudolph T. Randa
                                            Rudolph T. Randa
                                            United States District Court Judge